UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
JUANA CALDERON & CARLOS TRONCASO,

              Plaintiffs,

        - against -

METROPOLITAN TRANSPORTATION
AUTHORITY, THE LONG ISLAND
RAIL ROAD, & NATIONAL RAILROAD
PASSENGER CORP. d/b/a AMTRAK

              Defendants.
- - - - - - - - - - - - - - - - - -x

**ORDER**

04 Civ. 7471 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/05

**CHIN, D.J.**

        It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

        SO ORDERED.

Dated:    New York, New York
            April 15, 2005

                                                _____
                                                DENNY CHIN
                                                United States District Judge